In the Matter of the Will of THEODORE D. DIMON, Deceased.

BROOKLYN TRUST COMPANY, as Trustee under the Will of THEODORE D. DIMON, Deceased, Respondent; GEORGE F. LEWIS, as Administrator with the Will Annexed of HARRIET T. DIMON, Deceased, Appellant.

Argued May 18, 1938; decided June 3, 1938.

609

*Charles L. MacDonald* and *Murray D. Welch* for appellant.

*Joseph K. Ryan* and *Arthur Gunther* for respondent.

Order affirmed, with costs to all the parties filing separate briefs payable out of the estate. No opinion. (See 278 N. Y. 718.)

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.